# Barry L. Morris

Attorney at Law
1260 B Street, Suite 240
Hayward, California 94541
(510) 247-1100
Fax: (510) 601-0229
barrymorris@mac.com

November 1, 2005

Hon. Magistrate-Judge James Larson
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102



    Re: *Caldwell v. Equilon*
        C 04-3207 MCC (JL)

Dear Judge Larson:

    This letter is to confirm the discussion I had with your clerk about advancing the settlement conference date from January 6, 2006 until December 7, 2005 at 2:00 p.m.. I have contacted all attorneys and we are all available on that date and we are all requesting that the settlement conference be held on December 7th.

    Thank you very much for your consideration in this matter, If you have any questions, please don't hesitate to contact me.

                Sincerely,

                /s/

                Barry L. Morris

BLM:jm