**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RUSSELL J. CALLISON, SBN 95670
RALPH A. ZAPPALA, SBN 102052
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
EQUILON ENTERPRISES LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN CALDWELL,<br><br>   Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES LLC<br>AND DOES 1 to 25,<br><br>   Defendants. | CASE NO. C-04-3207 MMC<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE EXPERT DEPOSITIONS** |

It is hereby stipulated by the parties to this action through their attorneys of record as follows:

1.   Due to the settlement conference before the Hon. James Larson on December 7, 2005, the time for completing the depositions of experts has been extended and must be completed on or before December 29, 2005.

Dated: November 7, 2005       LEWIS BRISBOIS BISGAARD & SMITH LLP


                        By: _____
                             RUSSELL J. CALLISON
                             Attorneys for Defendant
                             EQUILON ENTERPRISES LLC

1 | Dated: November ___, 2005    LAW OFFICES OF KEVIN TAGUCHI
2 |                              LAW OFFICES OF BARRY L. MORRIS
3 |
4 |
5 |                        By: /s/ Kevin Taguchi
6 |                              KEVIN TAGUCHI
                                 BARRY L. MORRIS
                                 Attorneys for Plaintiff
7 |                              MELVIN CALDWELL
8 |
9 | IT IS SO ORDERED.
10 |
11 | Dated: November 8, 2005
12 |
13 |                              /s/ Maxine M. Chesney
14 |                              Judge of the U.S. District Court