**RLEWIS BRISBOIS BISGAARD & SMITH** LLP
RUSSELL J. CALLISON, SBN 95670
RALPH A. ZAPPALA, SBN 102052
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
EQUILON ENTERPRISES LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN CALDWELL,

    Plaintiff,

    v.

EQUILON ENTERPRISES LLC
AND DOES 1 to 25,

    Defendants.

CASE NO. C-04-3207 MMC

**ORDER OF DISMISSAL**

Good cause appearing therefor based upon the Stipulation of Dismissal by counsel of record for Plaintiff Melvin Caldwell and defendant Equilon Enterprises LLC, and filed with the Court herein,

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety.

Dated: December 1, 2005

_____
Maxine M. Chesney
District Judge

4827-9085-1072.1